IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| DAVID MICHAEL WOODSON | PLAINTIFF |
| v. | CIVIL ACTION NO. 3:05cv741WS |
| AMERICAN EXPRESS COMPANY | DEFENDANT |

### ORDER OF DISMISSAL

Upon the suggestion of Plaintiff that all claims against the Defendant in this action should be dismissed and there being no further issues for this Court to decide, the Plaintiff hereto desires to dismiss this matter with prejudice, with each to bear their own costs, it is, hereby:

**ORDERED** that the claims asserted against American Express Company in the above-styled and numbered cause are dismissed with prejudice, and that the parties are to each bear their own costs of court.

SIGNED this 23rd day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

_____
Joseph Patrick Frascogna, MSB #8897
FRASCOGNA COURTNEY, PLLC
4400 Old Canton Road, Suite 220
Jackson, Mississippi 39211
Telephone:   601.987.3000
Facsimile:   601.987.3001
Email:       pfrascogna@frascourtlaw.com